No. 93–7898. HUGHES *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–7908. SHYLLON *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 93–7910. ARNOLD *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–7911. BEHLKE *v.* SULLIVAN, SECRETARY, WISCONSIN DEPARTMENT OF CORRECTIONS. C. A. 7th Cir. Certiorari denied.

No. 93–7913. MANDEL *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 93–7915. NURURDIN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 93–7921. MALIK *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 93–7926. CAMPBELL *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–7930. COLE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 93–7931. CATO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–7937. HOSKINS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–7939. PELTS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–7943. PEGUERO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–7944. GOMEZ-RENDON *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 93–7945. JACK *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–7947. COHRON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.